IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO. |
| | § | |
| VS. | § | 7:14-CR-67 |
| | § | |
| VICTOR LEE GONZALEZ | § | |

### DEFENDANT'S NOTICE OF INTENTION TO ENTER PLEA OF GUILTY

TO THE HONORABLE CHIEF UNITED STATES DISTRICT JUDGE:

NOW COMES VICTOR LEE GONZALEZ, Defendant, files this his Notice of Intention to Enter Plea of Guilty, and in support thereof, would respectfully show:

1. Defendant VICTOR LEE GONZALEZ is set for trial on September 28, 2015.

2. Defendant VICTOR LEE GONZALEZ on September 3, 2015 expressed to his counsel and to Assistant U.S. Attorney Michael Day that Defendant now desires to enter a plea of guilty to one health care fraud count and one identity theft count.

3. Defendant prays that the Court set this matter for re-arraignment sometime after September 13, 2015 (due to counsel's unavailability from September 5, 2015 to September 13, 2015 because of his scheduled marriage and honeymoon), and for such other and further relief to which Defendant may be justly entitled.

Respectfully submitted,

/s/Kelly K. McKinnis
KELLY K. McKINNIS
Texas Bar No. 13725200
3423 W. Alberta Road
Edinburg TX 78539
956.686.7039

mckinnis22@yahoo.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that on September 3, 2015, a true copy of the foregoing document was forwarded to Michael E. Day, Assistant U.S. Attorney In Charge, 1701 W. Business Highway 83, Suite 600, McAllen TX 78501, via ECF/ECM to michael.day@usdoj.gov .

/s/Kelly K.. McKinnis
Kelly K. McKinnis