## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                          Case Number: 7:14−cr−00067

Victor Lee Gonzalez

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H. Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  9/22/2015

**TIME:**  02:30 PM

**TYPE OF PROCEEDING:**  Re−Arraignment Hearing

Date:   September 17, 2015

David J. Bradley, Clerk